ORAL ARGUMENT SCHEDULED FOR APRIL 13, 2012
BEFORE ROGERS, GRIFFITH AND KAVANAUGH, JJ.

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| EME Homer City Generation, L.P., *et al.*,<br><br>       Petitioners,<br><br>  v.<br><br>Environmental Protection Agency, *et al.*,<br><br>       Respondents. | Case No. 11-1302 (lead)<br>and consolidated cases<br><br>**COMPLEX** |

**RESPONDENT INTERVENORS' SUPPLEMENT TO
THE JOINT PROPOSAL CONCERNING FORMAT
FOR ORAL ARGUMENT**

The parties' Joint Proposal Concerning Format for Oral Argument dated March 2, 2012 (Doc. #1361745) stated that EPA expects to cede ten of its proposed 45 minutes for oral argument to Respondent Intervenors, who would advise the Court in writing of their proposed division of time and the arguing attorneys upon the filing of their final briefs. As described further below, Respondent Intervenors intend to divide their time as follows: four minutes to be used by the State and City Intervenors,[1] three minutes to be used by the Public

---

[1] The State and City Intervenors are the States of New York, Connecticut, Delaware, Illinois, Maryland, North Carolina, Rhode Island, and Vermont, the Commonwealth of Massachusetts, the District of Columbia, the Cities of

(continued...)

Health Intervenors,[2] and three minutes to be used by the Industry Intervenors.[3] In the alternative, if the Court is disinclined to allow three attorneys for Respondent Intervenors to present oral argument, Public Health Intervenors would be willing to cede their three minutes to the State and City Intervenors. Respondent Intervenors also set forth below the issues on which each group intends to present oral argument and the names of counsel for Respondent Intervenors who will argue. Respondent Intervenors believe that all other aspects of the Court's February 1, 2012 letter were addressed in the March 2, 2012 joint proposal and need not be addressed further herein.

**Time**. Assuming the Court adopts the time allotments proposed in the parties' March 2, 2012 Joint Proposal Concerning Format for Oral Argument, Respondent Intervenors propose that the Court allow the State and City Intervenors four minutes, the Public Health Intervenors three minutes, and the Industry

---

(...continued)
  Bridgeport (CT), Chicago, New York, and Philadelphia, and the Mayor and City Council of Baltimore.

[2]   The Public Health Intervenors are the American Lung Association, Clean Air Council, Environmental Defense Fund, Natural Resources Defense Council, and the Sierra Club.

[3]   The Industry Intervenors are Calpine Corporation, Exelon Corporation, and Public Service Enterprise Group, Inc.

Intervenors three minutes, in that order. In the alternative, Respondent Intervenors propose that the Court allow the State and City Intervenors seven minutes, and the Industry Intervenors three minutes, in that order.

**Issues**. Respondent Intervenors will be prepared to answer questions on all issues addressed in their briefs. The State and City Intervenors expect to address the following issues: (1) federal implementation plan issues; (2) "significant contribution" issues; and (3) interference with maintenance issues. The Public Health Intervenors expect to address the following issues: (1) emission budget stringency issues; and (2) Clean Air Act federalism issues. The Industry Intervenors expect to address the following issues: (1) "significant contribution" issues, including those associated with determination of state contributions and emission budgets, including IPM; and (2) compliance deadline issues.

**Counsel**. Simon Heller, counsel for the State of New York, will argue for State/City Intervenors. Sean H. Donahue, counsel for Environmental Defense Fund, will argue for Public Health Intervenors. Brendan K. Collins, counsel for Exelon Corporation, will argue for Industry Intervenors.

Pursuant to ECF-3(B) of this Court's Administrative Order Regarding Electronic Case Filing (May 15, 2009), the undersigned counsel for Exelon Corporation hereby represents that the other parties listed in the signature blocks

below have consented to the filing of this supplement to the parties' Joint Proposal Concerning Format for Oral Argument .

## CONCLUSION

Respondent Intervenors respectfully request that the Court adopt this supplement to the parties' Joint Proposal Concerning Format for Oral Argument .

March 16, 2012                                                     Respectfully submitted,

                                             /s/ Brendan K. Collins
                                            Brendan K. Collins
                                            Robert B. McKinstry, Jr.
                                            Lorene L. Boudreau
                                            BALLARD SPAHR LLP
                                            1735 Market Street, 51st Floor
                                            Philadelphia, PA  19103-7599
                                            (215) 665-8500

                                            *Counsel for Exelon Corporation*

| James W. Rubin | James B. Dougherty |
| --- | --- |
| SNR Denton US LLP | Law Office of J.B. Dougherty |
| 1301 K Street, NW, Suite 600 | 709 Third Street SW |
| Washington, DC 20005 | Washington, D.C. 20024 |
| (202) 408-9146 | (202) 488-1140 |
| | |
| *Counsel for Calpine Corporation and Public Service Enterprise Group, Inc* | *Counsel for the City of Bridgeport, Connecticut* |

Stephen R. Patton
*Corporation Counsel of the*
*City of Chicago*
Benna Ruth Solomon
*Deputy Corporation Counsel*
Ronald D. Jolly
*Senior Counsel*
Graham G. McCahan
*Assistant Corporation Counsel*
City of Chicago
Department of Law
30 N. LaSalle St., Suite 800
Chicago, IL 60602
(312) 744-7764

*Counsel for the City of Chicago*

Shelley R. Smith
*City Solicitor for the*
*City of Philadelphia*
Patrick K. O'Neill
Scott J. Schwarz
The City of Philadelphia
Law Department
One Parkway Building
1515 Arch Street, 16th Floor
Philadelphia, PA 19102-1595
(215) 683-5170

*Counsel for the City of Philadelphia*

Michael A. Cardozo
*Corporation Counsel*
*for the City of New York*
Christopher King
Carrie Noteboom
*Assistant Corporation Counsels*
100 Church Street
New York, New York 10007
(212) 788-1235

*Counsel for the City of New York*

George Jepsen
*Attorney General of the*
*State of Connecticut*
Kimberly P. Massicotte
Matthew I. Levine
Scott N. Koschwitz
*Assistant Attorneys General*
55 Elm Street
P.O. Box 120
Hartford, Connecticut 06106
(860) 808-5250

*Counsel for the State of Connecticut*

Joseph R. Biden, III
*Attorney General of the
State of Delaware*
Valerie M. Satterfield
*Deputy Attorney General*
Delaware Department of Justice
102 West Water Street, Third Floor
Dover, Delaware 19904
(302) 739-4636

*Counsel for the State of Delaware*

Irvin B. Nathan
*Attorney General of the District of
Columbia*
Amy E. McDonnell
*Deputy General Counsel*
Office of the Attorney General
of the District of Columbia
District Department of the Environment
1200 First Street, NE, Seventh Floor
Washington, DC 20002
(202) 481-3845

*Counsel for the District of Columbia*

Lisa Madigan
*Attorney General of the
State of Illinois*
Matthew J. Dunn
Gerald T. Karr
James P. Gignac
*Assistant Attorneys General*
69 W. Washington St., 18th Floor
Chicago, Illinois 60602
(312) 814-0660

*Counsel for the State of Illinois*

Douglas F. Gansler
*Attorney General of the
State of Maryland*
Mary E. Raivel
*Assistant Attorney General*
Office of the Attorney General
Maryland Department of the
Environment
1800 Washington Boulevard, Suite 6048
Baltimore, Maryland 21230
(410) 537-3035

*Counsel for the State of Maryland*

Martha Coakley
*Attorney General of the Commonwealth of Massachusetts*
Frederick D. Augenstern
*Assistant Attorney General*
Environmental Protection Division
1 Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 963-2427

*Counsel for the Commonwealth of Massachusetts*

Eric T. Schneiderman
*Attorney General of the State of New York*
Barbara D. Underwood
*Solicitor General*
Cecelia C. Chang
*Deputy Solicitor General*
Simon Heller
*Assistant Solicitor General*
Andrew G. Frank
Michael J. Myers
*Assistant Attorneys General*
*Environmental Protection Bureau of Counsel*
120 Broadway
New York, NY 10271
(212) 416-8025

*Counsel for the State of New York*

Roy Cooper
*Attorney General of the State of North Carolina*
James C. Gulick
*Senior Deputy Attorney General*
Marc Bernstein
J. Allen Jernigan
*Special Deputies Attorney General*
North Carolina
Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629
(919) 716-6600

*Counsel for the State of North Carolina*

Peter F. Kilmartin
*Attorney General of the State of Rhode Island*
Gregory S. Schultz
*Special Assistant Attorney General*
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400, Ext. 2400

*Counsel for the State of Rhode Island*

William H. Sorrell
*Attorney General of the*
*State of Vermont*
Thea J. Schwartz
*Assistant Attorney General*
Office of the Attorney General
109 State Street
Montpelier, Vermont 05609-1001
(802) 828-3186

*Counsel for the State of Vermont*


George A. Nilson
*City Solicitor of the*
*City of Baltimore*
William R. Phelan, Jr.
*Chief Solicitor*
Baltimore City
Department of Law
100 Holliday Street
Baltimore, Maryland 21202
(410) 396-4094

*Counsel for The Mayor and City*
*Council of Baltimore*


David Marshall
Clean Air Task Force
41 Liberty Hill Road
Building 2, Suite 205
Henniker, NH 03242
(603) 428-8114

*Counsel for American Lung Association*
*and Clean Air Council and Amicus for*
*Respondent American Thoracic Society*

David T. Lifland
Vickie L. Patton
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
(303) 447-7215
Sean H. Donahue
Donahue & Goldberg, LLP
2000 L St. NW, Suite 808
Washington, DC 30036
(202) 277-7085

*Counsel for Environmental Defense*
*Fund*

George Hays
236 West Portal Ave., No. 110
San Francisco, CA 94127
(415) 566-5414

Josh Stebbins
Sierra Club
50 F Street NW, Suite 800
Washington, DC 20001
(202) 675-6273

*Counsel for Sierra Club*

## CERTIFICATE OF SERVICE

I, Brendan K. Collins, a member of the Bar of this Court, hereby certify that on March 16, 2012, I electronically filed the foregoing "Respondent Intervenors' Joint Proposal Concerning Format for Oral Argument" with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate ECF system.

/s/ Brendan K. Collins
Brendan K. Collins